648

390 A.2d 314

Smith, Appellant, v. Travelers Insurance Co.

Argued March 29, 1978. Sylvan D. Einhorn, submitted a brief for appellant; T. Gary, with him Richard W. Hopkins, for appellee.

Judgment affirmed.

390 A.2d 315

Tamaki v. Feingold, Appellant.

Argued March 27, 1978. Allen L. Feingold, appellant, in propria persona; W. Sutton, with him Arthur M. Toensmeier, for appellee.

Order affirmed.